No. 77–6108. SAYLES v. HAYWOOD, JUDGE, 435 U. S. 929;

No. 77–6127. NOONE v. SZORADI ET AL., 435 U. S. 930;

No. 77–6163. FAHRIG ET AL. v. BERGER ET AL., 435 U. S. 945;

No. 77–6183. WILLIAMS ET AL. v. HOYT ET AL., 435 U. S. 946;

No. 77–6186. McELROY v. WILSON ET AL., 435 U. S. 931; and

No. 77–6213. HERNANDEZ ET AL. v. COLORADO, 435 U. S. 954. Petitions for rehearing denied.

No. 76–1359. BANKERS TRUST Co. v. MALLIS ET AL., 435 U. S. 381. Petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

## MAY 22, 1978

No. 77–1371. CONWAY v. WISCONSIN. Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question.

No. 77–1380. HEPPERLE v. RICKS ET AL. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–954. AMERICAN TELEPHONE & TELEGRAPH Co. v. MCI TELECOMMUNICATIONS CORP. ET AL.; and

No. A–966. UNITED STATES INDEPENDENT TELEPHONE ASSN. v. MCI TELECOMMUNICATIONS CORP. ET AL. Applications for stay of April 14, 1978, order of the United States Court of Appeals for the District of Columbia Circuit, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.